# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2015

## NO. 03-15-00086-CV

**D. A. B., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 27TH DISTRICT COURT OF LAMPASAS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.